*George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 277. BUTZ *v.* NIERSTHEIMER, WARDEN. January 6, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 415. SINGER *v.* RAGEN, WARDEN. January 6, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 447. BENNETT *v.* RAGEN, WARDEN. January 6, 1947. Petition for writ of certiorari to the Criminal Court of Cook County and Circuit Court of Will County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 611. FAUCETTA *v.* NEW YORK. January 6, 1947. Petition for writ of certiorari to the County Court of Nassau County, New York, denied. *Jacob W. Friedman* for petitioner.

No. 704. JOHNSON *v.* MAYO, STATE PRISON CUSTODIAN. January 6, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied.